IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:07-cv-00014

| | |
|---|---|
| BIO-MEDICAL APPLICATIONS OF ) <br> NORTH CAROLINA, INC. d/b/a BMA OF ) <br> MONROE as ASSIGNEE OF MARGARET ) <br> E. KIRKPATRICK, ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BROOKS FOOD GROUP, INC. and ) <br> BROOKS FOOD GROUP, INC. EMPLOYEE ) <br> BENEFIT PLAN ) <br>     Defendants. ) | **ORDER GRANTING** <br> **PRO HAC VICE ADMISSION** |

Upon motion of the Plaintiff, Bio-Medical Applications of North Carolina, Inc. d/b/a BMA of Monroe as Assignee of Margaret E. Kirkpatrick, the Court hereby orders that Douglas Thomas Gibson be admitted *pro hac vice* for purposes of this action. All the necessary showings have been made and no cause has been shown to prohibit the Court granting the Motion.

    **SO ORDERED**.

Signed: January 18, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge