IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.3:07CV014-H

BIO-MEDICAL APPLICATIONS OF NORTH )
CAROLINA, INC., )
 )
    **Plaintiff,** )
    v. )     **O R D E R**
 )
BROOKS FOOD GROUP, INC. AND )
BROOKS FOOD GROUP, INC. EMPLOYEE )
BENEFIT PLAN, )
 )
    **Defendants.** )
_____)

**THIS MATTER** is before the Court on the Defendants' "Motion for Admission Pro Hac Vice" (document #8) filed March 2, 2007, of counsel for the Defendants, Francis H. Casola. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: March 4, 2007

_____
Carl Horn, III
United States Magistrate Judge