# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Fresenius Medical Care Holdings, Inc. Et al,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:07cv14

Brooks Food Group, Inc. Et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/26/2008 Order.

Signed: June 26, 2008

Frank G. Johns, Clerk
United States District Court